# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2016

150092

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ARTHUR B. JONES, JR.,
      Defendant-Appellant.

SC: 150092
COA: 322748
Berrien CC: 2013-016473-FC

_____/

By order of February 3, 2015, the application for leave to appeal the August 21, 2014 order of the Court of Appeals was held in abeyance pending the decision in *People v Lockridge* (Docket No. 149073). On order of the Court, the case having been decided on July 29, 2015, 498 Mich 358 (2015), the application is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Berrien Circuit Court for consideration of the defendant's issue regarding the assessment of court costs. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.

We do not retain jurisdiction.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2016

t0718

Clerk